UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOLLINS,<br><br>                              Plaintiff,<br><br>v.<br><br>ROBERT WILKIE, Secretary,<br>Department of Veterans Affairs,<br><br>                            Defendants. | Case No.: 19-cv-2201-DMS-JLB<br><br>**ORDER RE: ORAL ARGUMENT** |

      Defendant Robert Wilkie's Motion for Summary Judgement is currently scheduled for hearing on March 5, 2021.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the March 5, 2021 hearing is vacated.

      **IT IS SO ORDERED**.

Dated:  March 1, 2021

                                            Honorable Dana M. Sabraw
                                            United States Chief District Judge