UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOLLINS,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT WILKIE,<br><br>                    Defendant. | Case No.: 19-cv-02201-DMS (JLB)<br><br>**ORDER: (1) DENYING JOINT MOTION FOR ORDER VACATING REMAINING PRETRIAL DEADLINES; AND (2) MODIFYING SCHEDULING ORDER**<br><br>**[ECF No. 31]** |

Before the Court is a Joint Motion for Order Vacating Remaining Pretrial Deadlines Pending the Court's Summary Judgment Ruling. (ECF No. 31.) The parties jointly move for an order vacating all remaining pretrial deadlines pending the Court's ruling on the pending motion for summary judgment. (*Id.* at 2.) The parties seek to "avoid the potential of unnecessary meetings, hearings, and filings." (*Id.*) The Court **DENIES** the joint motion to vacate. However, the Court *sua sponte* modifies the Scheduling Order (ECF No. 15) by continuing all remaining deadlines by approximately sixty (60) days, as follows:

    1.    Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **July 2, 2021**.

    2.    Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **July 2, 2021**. Failure to comply with these disclosure requirements

could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

3. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **July 9, 2021**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **July 16, 2021**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

5. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **July 23, 2021**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

6. The final Pretrial Conference is scheduled on the calendar of the **Honorable Dana M. Sabraw** on **July 30, 2021** at **10:30 AM**. The trial is scheduled to start on **August 30, 2021** at **9:00 AM**.

IT IS SO ORDERED.

Dated: March 24, 2021

Hon. Jill L. Burkhardt
United States Magistrate Judge