

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Hollins | Civil Action No.  19-cv-02201-DMS-JLB |
| **Plaintiff,** | |
| V. | |
| Robert Wilkie,  Secretary, Department of Veteran Affairs | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion for summary judgment as to Plaintiff's claims for race discrimination, the creation of a racially hostile work environment, and retaliation under Title VII, as well as each claim arising under the Rehabilitation Act. The Court also dismisses Plaintiff's causes of action for discrimination and the creation of a hostile work environment based on sex. The Clerk of Court shall enter judgment accordingly.

|  |  |
|---|---|
| **Date:**    5/12/21 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/ M. Exler |
| | M. Exler, Deputy |